# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| Keith Carnes,<br>    Plaintiff/Appellee,<br><br>v.<br><br>Robert Blehm, et al,<br>    Defendants/Appellants. | ) ) ) ) ) ) ) ) ) | Case No. 25-1490 |
| Keith Carnes,<br>    Plaintiff/Appellee,<br><br>v.<br><br>Amy McGowan,<br>    Defendant/Appellant. | ) ) ) ) ) ) ) ) ) | Case No. 25-1515 |

### APPELLEE'S UNOPPOSED MOTION FOR LEAVE TO FILE <u>APPELLEE'S OVERSIZE BRIEF</u>

Plaintiff/Appellee Keith Carnes respectfully requests leave to file an overlength response brief. In support of this Motion, Appellee states as follows:

1. Appellee requests leave to file his consolidated response brief using 16,000 words, 3,000 additional words over the standard set forth in F.R.A.P. Rule 32(a)(7)(B)(i), in response to Appellants' opening brief and addendums.

2. Appellants filed two separate opening briefs. Appellant McGowan's opening brief was a total of 7,717 words. Appellants Blehm and Williamson's

opening brief was a total of 6,849 words. These briefs totaled over 14,000 words.

3. Given the scope of the record and the amount of briefing to which Appellee is responding, additional words are required to adequately respond to Appellants' opening briefs. In particular, Appellants' briefs address separate factual and legal issues, which will require Appellee to write as concise of a response brief as possible while still addressing all of Appellants' arguments and providing the Court with the information necessary to explain why Appellants' appeal should be dismissed or denied.

4. Counsel for Appellants do not oppose this request.[1]

5. This request is made in good faith.

WHEREFORE the undersigned counsel respectfully requests that the Court grant the relief requested in this motion.

Respectfully submitted,

/s/Locke Bowman
*Counsel for Plaintiff-Appellee*
Locke Bowman
Jordan Poole
Loevy and Loevy

---

[1] Counsel for Appellee reached out to counsel for Appellants McGowan, Blehm, and Williamson earlier today. Counsel for Appellant Blehm and Williamson indicated she did not oppose this motion. Counsel for Appellant McGowan has not responded. Pursuant to L.R. 28A(l), Appellee was required to file this motion today.

311 N Aberdeen
Chicago, Il 60607
312-243-5900
locke@loevy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Locke Bowman

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| Keith Carnes,<br>     Plaintiff/Appellee,<br><br>v.<br><br>Robert Blehm, et al,<br>     Defendants/Appellants. | ) ) ) ) ) ) ) ) ) | Case No. 25-1490 |
| Keith Carnes,<br>     Plaintiff/Appellee,<br><br>v.<br><br>Amy McGowan,<br>     Defendant/Appellant. | ) ) ) ) ) ) ) ) ) ) | Case No. 25-1515 |

### CERTIFICATE OF COMPLIANCE FOR APPELLEE'S MOTION FOR LEAVE TO FILE APPELLEE'S OVERSIZE BRIEF

I hereby certify that Appellee's Unopposed Motion for Leave to File Appellee's Oversize Brief filed in this matter on July 17, 2025 contains 246 words and complies with the type-volume limitations required by Federal Rule of Appellant Procedure 27.

The Motion also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and 32(a)(6) as the Motion was prepared in Times New Roman 14-point font.

Respectfully submitted,

/s/Locke Bowman
*Counsel for Plaintiff-Appellee*

Locke Bowman
Loevy and Loevy
311 N Aberdeen
Chicago, Il 60607
312-243-5900
[locke@loevy.com](mailto:locke@loevy.com)