# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1490

Keith L. Carnes

Appellee

v.

Robert Blehm

Appellant

Ed Begley and Vernon Huth

Avery Williamson

Appellant

Steve Morgan, et al.

No: 25-1515

Keith L. Carnes

Appellee

v.

Robert Blehm, et al.

Amy McGowan

Appellant

Kansas City Missouri Board of Police Commissioners, et al.

---

Appeals from U.S. District Court for the Western District of Missouri - Kansas City
(4:23-cv-00278-RK)

---

**ORDER**

Locke E. Bowman's motion to file a brief in excess of limits set forth in FRAP Rule 32(a)(A) and (B) is granted. Locke E. Bowman may have until August 11, 2025, to file a brief not to exceed 16,000 words.

July 31, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Susan E. Bindler