

August 1, 2025

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

*Via Electronic Filing*
Eighth Circuit Court of Appeals
Clerk of the Court
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

Re: *Carnes v. Blehm, et al.*, Case Nos. 25-1490 and 25-1515

Dear Clerk of the Court,

We write to advise you that Plaintiff-Appellee Keith Carnes will stand on the brief we submitted for review on his behalf on July 24, 2025, and will not seek to file a longer brief notwithstanding the Court's July 31, 2025 order granting his earlier filed motion for excess words.

Please contact me or Jordan Poole at (312) 243-5900 if you have any questions.

Thank you for your assistance in this matter.

Sincerely,

Locke Bowman

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, I electronically filed the foregoing Letter to the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

The letter has been scanned for viruses, and the letter is virus-free.

/s/ Locke Bowman